IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON DREW TANKERSLEY,

    Petitioner,

    v.

Case No. 19-cv-376-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Brandon Tankersly's petition for a writ of habeas corpus under § 2241 dismissing this case.

| /s/ | 5/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |